**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLAN CORRAL HERNANDEZ, ) | NO. ED CV 15-2180-ODW(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| WARDEN STATE PRISON (C.C.I.), ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 20, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE